COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ROBERT D. MAXWELL, | § | No. 08-14-00027-CR |
| Appellant, | § | Appeal from the |
| v. | § | 199th District Court |
| THE STATE OF TEXAS, | § | of Collin County, Texas |
| State. | § | (TC# 199-80460-2013) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **August 27, 2014.**   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Greg Willis, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **August 27, 2014.**

IT IS SO ORDERED this 30th day of July, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.